1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

9

10

11

12

13

14

15

| | |
|---|---|
| GUADALUPE GUEVARA, | ) Case No.: 5:17-cv-00541-PLA |
| | ) |
| Plaintiff, | ) {PROPOSED} ORDER AWARDING |
| | ) EQUAL ACCESS TO JUSTICE ACT |
| vs. | ) ATTORNEY FEES AND EXPENSES |
| | ) PURSUANT TO 28 U.S.C. § 2412(d) |
| NANCY A. BERRYHILL, Acting | ) AND COSTS PURSUANT TO 28 |
| Commissioner of Social Security, | ) U.S.C. § 1920 |
| | ) |
| Defendant | ) |
| | ) |
| | ) |

16      Based upon the parties' Stipulation for the Award and Payment of Equal

17   Access to Justice Act Fees, Costs, and Expenses:

18      IT IS ORDERED that fees and expenses in the amount of $3,000.00 as

19   authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be

20   awarded subject to the terms of the Stipulation.

21   DATE:  January 11, 2018

22                                    _Paul L. Abrams_

                                     _____

23                                    THE HONORABLE PAUL L. ABRAMS
                                     UNITED STATES MAGISTRATE JUDGE

24

25

26

-1-

1  Respectfully submitted,

2  LAW OFFICES OF Lawrence D. Rohlfing

3      /s/ *Lawrence D. Rohlfing*
   _____
4  Lawrence D. Rohlfing
   Attorney for plaintiff Guadalupe Guevara
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26